**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF VIRGINIA, JAY JONES, in his official capacity as Attorney General of Virginia, and STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia,<br><br>Defendants. | No. 3:26-cv-00545-REP<br><br>**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Please take notice that pursuant to Federal Rule of Civil Procedure 65(a), the United States of America hereby moves for a preliminary injunction to enjoin the Defendants, the Defendants' officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of the Defendants, from enforcing Sections 19.2-83.6:1 and 15.2-1726.1 of the Virginia Code, which go into effect on July 1, 2026, as to federal officers, agents, and employees. The bases for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction.

On June 17, 2026, the undersigned contacted the Office of the Virginia Attorney General and the Office of the Fairfax Commonwealth's Attorney via email to obtain points of contact for Defendants' counsel, who have not yet appeared in this case. The undersigned received a response from the Office of the Fairfax Commonwealth's Attorney and emailed a copy of this motion and the accompanying Memorandum to the designated point of contact. The undersigned did not receive a response from the Office of the Virginia Attorney General. Upon receipt of a response,

**ORAL ARGUMENT REQUESTED**

the undersigned will email a copy of this motion and accompanying Memorandum to the designated point of contact.

DATED: June 17, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Gerard Mene*
GERARD MENE
Assistant United States Attorney
Eastern District of Virginia
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Gerard.Mene@usdoj.gov

TIBERIUS DAVIS
CHARLES E.T. ROBERTS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

By: *s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
202-451-7728
Alessandra.faso@usdoj.gov

2