**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| |
|---|
| THE UNITED STATES OF AMERICA, |
| *Plaintiff*, |
| v. |
| COMMONWEALTH OF VIRGINIA, ET AL., |
| *Defendants*. |

Case No. 3:26-cv-545

### NOTICE OF COMPLIANCE WITH ORDER TO DISTRIBUTE JUNE 30, 2026 ORDER TO VIRGINIA COMMONWEALTH ATTORNEYS

On June 30, 2026, the Court entered its Order of Preliminary Injunction barring enforcement of Virginia Code § 19.2-83.6:1 against any federal officer, employee, or agency involved in enforcing immigration laws and regulations. (ECF No. 30.) The Order further provided that a copy of the order shall be distributed to each Commonwealth Attorney.

The Commonwealth hereby provides notice to the Court that a copy of today's Order, at ECF No. 30, was electronically transmitted to the 120 elected Commonwealth Attorneys in the Commonwealth of Virginia in compliance with the Order.

*Continued on the following page*

Dated: June 30, 2026

Jay Jones
*Attorney General of Virginia*

Jacqueline C. Hedblom
*Trial Section Chief/*
*Senior Assistant Attorney General*

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA and**
**ATTORNEY GENERAL JAY JONES**

By:  */s/  Gretchen Ellen Nygaard*

Gretchen Ellen Nygaard (VSB No. 82475)
*Deputy Attorney General*
Tillman J. Breckenridge (VSB No. 84657)
*Solicitor General*
Triston C. O'Savio (VSB No. 100111)
*Assistant Solicitor General*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 692-0551
Facsimile: (804) 371-2087
gnygaard@oag.state.va.us

*Counsel for Defendants the Commonwealth of*
*Virginia and Attorney General Jay Jones*

2

## CERTIFICATE

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Gretchen Ellen Nygaard
Deputy Attorney General
*Counsel for Defendants the Commonwealth*
*of Virginia and Attorney General Jay Jones*