**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> THE COMMONWEALTH OF VIRGINIA, JAY JONES, in his official capacity as Attorney General of Virginia, and STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia, *Defendants*. | Case Number: 3:26-cv-00545-REP |

**DEFENDANTS' MOTION TO STAY ORDER GRANTING PLAINTIFF'S MOTION**
**FOR PRELIMINARY INJUNCTION AND ENJOINING ATTORNEY GENERAL**
**JONES FROM ENFORCING SB 352 PENDING APPEAL**

NOW COMES Defendants Commonwealth of Virginia and Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia, by counsel, and pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, respectfully moves this Court to stay its Order dated June 30, 2026 and filed as docket entry 30 granting Plaintiff's Motion for Preliminary Injunction and enjoining Attorney General Jay Jones, as well as all officers, agents, and employees subject to his supervision, direction, or control, from enforcing SB 352 against any federal officer, employee, or agency involved in enforcing federal immigration laws and regulations, including by bringing a lawsuit for violation of Virginia Code § 19.2-83.6:1.  In support thereof, Defendants refer this Court to its Memorandum in Support, filed contemporaneously herewith.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of Defendants' Motion to Stay Order Granting Plaintiff's Motion for Preliminary Injunction and Enjoining Attorney General Jones from Enforcing SB 352 Pending Appeal, Defendant respectfully

1

requests that the Court expedite consideration, grant this Motion, stay its June 30, 2026 order, and

grant such other and further relief as this Court deems just and proper.  A proposed order is attached

hereto as **Exhibit A**.

Dated: July 6, 2026

Respectfully Submitted,

**THE COMMONWEALTH OF VIRGINIA**; and **JAY JONES**, in his official capacity as Attorney General of Virginia

By: */s/ Triston Chase O'Savio* _____
Triston Chase O'Savio (VSB # 100111)
*Assistant Solicitor General*

Jay Jones
  *Attorney General*

Tillman J. Breckenridge (VSB #84657)
    *Solicitor General*
Gretchen Ellen Nygaard (VSB No. 82475)
    *Deputy Attorney General*
Triston Chase O'Savio (VSB #100111)
    *Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

## **CERTIFICATE OF SERVICE**

I certify that on July 6, 2026, a true and correct copy of the foregoing was served on all registered counsel of record via Notice of Electronic Filing through the Court's CM/ECF system.

/s/ Triston Chase O'Savio
Triston Chase O'Savio (VSB #100111)

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

<table>
<tr><td>

THE UNITED STATES OF AMERICA,

    *Plaintiff*,

      v.

THE COMMONWEALTH OF VIRGINIA,
JAY JONES, in his official capacity as
Attorney General of Virginia, and STEVE
DESCANO, in his official capacity as
Commonwealth Attorney for Fairfax, Virginia,
    *Defendants*.

</td><td>

Case Number: 3:26-cv-00545-REP

</td></tr>
</table>

**[PROPOSED] ORDER GRANTING DEFENDANTS
COMMONWEALTH OF VIRGINIA AND JAY JONES'
MOTION TO STAY ORDER GRANTING PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION AND ENJOINING SB 352 PENDING APPEAL**

WHEREAS Defendants Commonwealth of Virginia and Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia, ("Defendant") having moved on July 6, 2026 to stay pending appeal this Court's order granting the United States' motion for a preliminary injunction and enjoining him from enforcing SB 352, *see* ECF No. 30, pending appeal (the "Motion"), and

WHEREAS the Court having considered the Motion and any opposition thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2026, that the MOTION is GRANTED. This Court's Order dated June 30, 2026 and filed as docket entry 30 enjoining Attorney General Jay Jones, as well as all officers, agents, and employees subject to his supervision, direction, or control, from enforcing SB 352 against any federal officer, employee, or

agency involved in enforcing federal immigration laws and regulations, including by bringing a lawsuit for violation of Virginia Code § 19.2-83.6:1 is hereby STAYED pending appeal.

This Stay shall remain effective until the Fourth Circuit's mandate issues, the Supreme Court denies a petition for writ of certiorari, or the Supreme Court finally adjudicates the appeal on the merits, whichever occurs latest.

Dated: _____          _____
                                United States District Court Judge