**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE COMMONWEALTH OF VIRGINIA, JAY JONES, in his official capacity as Attorney General of Virginia, and STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia,<br>*Defendants*. | Case Number: 3:26-cv-00545-REP |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants Commonwealth of Virginia and Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia, appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order, ECF Nos. 30 and 34, issued by the Honorable Robert E. Payne. Jurisdiction is proper under 28 U.S.C. § 1292(a)(1). This appeal is timely filed. Fed. R. App. P. 4(a)(1)(A) (appeal must be filed within 30 days of the entry of the order appealed from).

Respectfully Submitted,

Dated: July 6, 2026

**THE COMMONWEALTH OF VIRGINIA**; and **JAY JONES**, in his official capacity as Attorney General of Virginia

By: */s/ Triston Chase O'Savio*
Triston Chase O'Savio (VSB # 100111)
*Assistant Solicitor General*

Jay Jones
*Attorney General*

Tillman J. Breckenridge (VSB #84657)
*Solicitor General*
Gretchen Ellen Nygaard (VSB No. 82475)
*Deputy Attorney General*
Triston Chase O'Savio (VSB #100111)
*Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2026, a true and correct copy of the foregoing Notice of Appeal was served on all registered counsel of record via Notice of Electronic Filing through the Court's CM/ECF system.

*/s/ Triston Chase O'Savio*
Triston Chase O'Savio (VSB No. 100111)