# EXHIBIT E

Get acquainted with our new Virginia State Legislative Information System! LIS Learning Center ✕

VIRGINIA GENERAL ASSEMBLY  /  LIS LEARNING CENTER  /

PRIVACY POLICY  /  LIS HOME  /  REGISTER ACCOUNT  /  LOGIN

**Session Information**    **Bills & Resolutions**    **State Budget**    **Virginia Law**    **Reports to the General Assembly**

BILLS & RESOLUTIONS

Search for keyword, chapter

Find a Bill

2026 Regular Session

Create Report

SB352                                                    Status: Acts of Assembly Chapter

Law-enforcement officers; restrictions on wearing of facial coverings, exceptions, penalty.

Patrons  |  All Patrons
Introduced by: Saddam Azlan Salim (Chief Patron)

Summary As Passed  |  All Summaries

**Law-enforcement officers; restrictions on wearing of facial coverings; exceptions; penalty.** Prohibits any law-enforcement officer, defined in the bill, from wearing a facial covering, defined in the bill, while engaged in the performance of his official duties. The bill sets out several exceptions to such prohibition, including protective facial coverings to protect against disease, infection, and exposure to toxic substances and facial coverings worn by any law-enforcement officer assigned to a special weapons and tactics team while engaged in the performance of his official duties with such team. The bill subjects the law-enforcement officer to disciplinary action, including dismissal, demotion, suspension, transfer, or decertification, and creates a Class 1 misdemeanor for any law-enforcement officer who wears a facial covering in violation of the provisions of the bill unless the law-enforcement agency that employs such law-enforcement officer has adopted and established a written policy for and restrictions on the use of facial coverings. The bill also directs the Department of Criminal Justice Services to develop a model policy for and restrictions on the use of facial coverings by law-enforcement officers. This bill is identical to HB 1482.

History

| Date | | | Collapse All |
|---|---|---|---|
| 5/20/2026 | Governor | Acts of Assembly Chapter text (CHAP1132) Chaptered | PDF | |
| 5/20/2026 | Governor | Acts of Assembly Chapter text (CHAP1132) Chaptered | PDF | |
| 5/20/2026 | Governor | Acts of Assembly Chapter text (CHAP1132) | |

| 5/20/2026 | Governor | Approved by Governor-Chapter 1132 (effective 7/1/2026) |
|---|---|---|

| 4/22/2026 | Governor | Governor's Action Deadline 11:59 p.m., May 23, 2026 |
|---|---|---|

4/22/2026  Senate  Communicated to Governor
Enrolled | PDF
Fiscal Impact Statement from Department of Planning and Budget (SB352)

4/22/2026  Senate  Passed by for the day Block Vote (21-Y 18-N 0-A)
Vote

4/12/2026  Governor  Governor's recommendation received by Senate

| Governor's Recommendation | S-Governor Substitute (26110350D) |
|---|---|

4/1/2026  Senate  Fiscal Impact Statement from Department of Planning and Budget (SB352)
Enrolled | PDF
Fiscal Impact Statement from Department of Planning and Budget (SB352)

| 3/31/2026 | Governor | Governor's Action Deadline 11:59 p.m., April 13, 2026 |
|---|---|---|

3/31/2026  Senate  Enrolled Bill communicated to Governor on March 31, 2026
Enrolled | PDF
Fiscal Impact Statement from Department of Planning and Budget (SB352)

| 3/31/2026 | House | Signed by Speaker |
|---|---|---|

| 3/30/2026 | Senate | Signed by President |
|---|---|---|

3/30/2026  Senate  Bill text as passed Senate and House (SB352ER)
Enrolled | PDF
Fiscal Impact Statement from Department of Planning and Budget (SB352)

| 3/30/2026 | Senate | Enrolled |
|---|---|---|

3/20/2026  Senate  Fiscal Impact Statement from Department of Planning and Budget (SB352)
Conference Report | Conference Report Substitute (26109868D)

3/14/2026  House  Conference report agreed to by House (62-Y 35-N 0-A)

| Vote | Conference Report | Conference Report Substitute (26109868D) |
|---|---|---|

3/13/2026  Senate  Conference report agreed to by Senate (21-Y 18-N 0-A)
Vote | Conference Report

| | | |
|---|---|---|
| 3/13/2026 | Conference | Conference Report released |
| | | Conference Report &#124; Conference Report Substitute (26109868D) |
| 3/12/2026 | House | House Conferees: Schmidt, Simon, Wilt |
| 3/12/2026 | House | Conferees appointed by House |
| 3/10/2026 | Senate | Senate Conferees: Salim, Carroll Foy, Peake |
| 3/10/2026 | Senate | Conferees appointed by Senate |
| 3/10/2026 | Senate | Senate acceded to request Block Vote (40-Y 0-N 0-A) |
| | | Vote |
| 3/9/2026 | House | House requested conference committee |
| 3/9/2026 | House | House insisted on substitute |
| 3/6/2026 | Senate | House substitute rejected by Senate (0-Y 40-N 0-A) |
| | | Vote &#124; H-Public Safety Substitute (26108862D) &#124; PDF |
| | | Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 3/4/2026 | House | Passed House with substitute (64-Y 35-N 0-A) |
| | | Vote &#124; H-Public Safety Substitute (26108862D) &#124; PDF |
| | | Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 3/4/2026 | House | Engrossed by House - H-Public Safety committee substitute |
| | | H-Public Safety Substitute (26108862D) &#124; PDF |
| | | Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 3/4/2026 | House | H-Public Safety committee substitute agreed to |
| | | H-Public Safety Substitute (26108862D) &#124; PDF |
| | | Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 3/4/2026 | House | Read third time |
| 3/3/2026 | House | Read second time |
| 3/2/2026 | Senate | Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| | | H-Public Safety Substitute (26108862D) &#124; PDF |
| | | Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 2/27/2026 | House | H-Public Safety committee substitute printed 26108862D-H1 |
| | | H-Public Safety Substitute (26108862D) &#124; PDF |

Fiscal Impact Statement from Department of Planning and Budget (SB352)

| | | |
|---|---|---|
| 2/27/2026 | House | Reported from H-Public Safety committee with substitute (15-Y 7-N)<br>Vote │ H-Public Safety Substitute (26108862D) │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 2/12/2026 | House | Referred to Committee on H-Public Safety |
| 2/12/2026 | House | Read first time |
| 2/12/2026 | House | Placed on Calendar |
| 2/9/2026 | Senate | Fiscal Impact Statement from Department of Planning and Budget (SB352)<br>S-Finance and Appropriations Substitute (26107147D) │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 2/9/2026 | Senate | Read third time and passed Senate (21-Y 19-N 0-A)<br>Vote │ S-Finance and Appropriations Substitute (26107147D) │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 2/6/2026 | Senate | Engrossed by Senate - S-Finance and Appropriations committee substitute (Voice Vote)<br>S-Finance and Appropriations Substitute (26107147D) │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 2/6/2026 | Senate | S-Finance and Appropriations committee Substitute agreed to<br>S-Finance and Appropriations Substitute (26107147D) │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 2/6/2026 | Senate | S-Courts of Justice committee Amendments rejected<br>S-Courts of Justice Amendment │ Introduced |
| 2/6/2026 | Senate | Read second time |
| 2/5/2026 | Senate | Passed by for the day Block Vote (Voice Vote) |
| 2/5/2026 | Senate | Constitutional reading dispensed Block Vote (on 1st reading) (40-Y 0-N 0-A)<br>Vote |
| 2/5/2026 | Senate | Rules suspended |

| | | |
|---|---|---|
| 2/5/2026 | Senate | S-Finance and Appropriations committee substitute printed 26107147D-S1<br>S-Finance and Appropriations Substitute (26107147D) │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 2/4/2026 | Senate | Reported from S-Finance and Appropriations committee with substitute (10-Y 5-N)<br>Vote │ S-Finance and Appropriations Substitute (26107147D) │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 1/28/2026 | Senate | Reported from S-Courts of Justice committee with amendments and rereferred to Finance and Appropriations (9-Y 5-N)<br>Vote │ S-Courts of Justice Amendment │ Introduced |
| 1/28/2026 | Senate | S-Courts of Justice committee amendment offered<br>S-Courts of Justice Amendment |
| 1/20/2026 | Senate | Fiscal Impact Statement from Department of Planning and Budget (SB352)<br>Introduced │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |
| 1/13/2026 | Senate | Referred to Committee for S-Courts of Justice |
| 1/13/2026 | Senate | Prefiled and ordered printed; Offered 01-14-2026 26100635D<br>Introduced │ PDF<br>Fiscal Impact Statement from Department of Planning and Budget (SB352) |

SB352 - 2026 Regular Session | LIS

LIS Home   Website Feedback   For Developers   Privacy Policy   Data Files

© Copyright Commonwealth of Virginia 2026. All rights reserved. Site developed by the Division of Legislative Automated Systems (DLAS)