# EXHIBIT J

Case 3:26-cv-00545-REP   Document 39-10   Filed 07/07/26   Page 2 of 3 PageID# 780

# Columbia Student Is Released From ICE After Mamdani-Trump Meeting

Federal officials had misrepresented themselves to gain access, according to the university. Mayor Zohran Mamdani said President Trump had told him the student would be let go.

 Listen · 8:23 min

 **By Sharon Otterman**

Published Feb. 26, 2026   Updated Feb. 27, 2026

See more of our coverage in your search results.

Add The New York Times on Google ↗

In a dizzying sequence of events, a Columbia University undergraduate arrested by federal immigration agents in her college apartment Thursday morning was released later in the day after New York City's mayor intervened directly with President Trump.

It was the clearest sign yet that Mayor Zohran Mamdani, who has vocally opposed Mr. Trump on immigration enforcement matters, holds enough sway with the president to bend a highly charged situation through personal relationship and persuasion.

The drama at Columbia began unfolding shortly after 6 a.m. on Thursday, when five plainclothes immigration agents arrived at the university-owned apartment building of the student and demanded to be let inside, said Claire Shipman, the acting president of Columbia, in a statement released Thursday night.

The officers falsely told the building superintendent that they were from the Police Department and said that they were searching for a missing child. The superintendent let the officers in, Ms. Shipman said.

At the apartment door of the student, Ellie Aghayeva, 29, the officers repeated the same story to gain entry. "Our security cameras captured the agents in the hallway showing pictures of the alleged missing child," Ms. Shipman said.

Once the agents entered the apartment, it was clear that they had misrepresented themselves. A public security officer arrived and asked for a warrant, which was not produced, Ms. Shipman said. They refused to give the officer time to call his supervisor, and they then took the student, she said, calling the situation "utterly unacceptable."

**Sharon Otterman** is a Times reporter covering higher education, public health and other issues facing New York City.

---

A version of this article appears in print on , Section A, Page 16 of the New York edition with the headline: Columbia Says ICE Took Student From Building Under False Pretenses