**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> THE COMMONWEALTH OF VIRGINIA, *et al.*, <br><br> *Defendants*. | Case Number: 3:26-cv-00545-REP |

## DEFENDANTS' RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS

Defendants the Commonwealth of Virginia and Jay Jones, in his official capacity as Attorney General of Virginia, by counsel, respectfully move the Court to grant their Motion to Dismiss with prejudice under Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. The accompanying memorandum in support sets forth Defendants' request for relief.

Respectfully Submitted,

Dated: July 13, 2026

By: */s/  Triston Chase O'Savio*
Triston Chase O'Savio (VSB # 100111)
*Assistant Solicitor General*

Jay Jones
   *Attorney General*

Tillman J. Breckenridge (VSB #84657)
   *Solicitor General*
Gretchen Ellen Nygaard (VSB No. 82475)
   *Deputy Attorney General*
Triston Chase O'Savio (VSB #100111)
   *Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

*Counsel for the Commonwealth of Virginia and Jay Jones, in his official capacity as Attorney General of Virginia.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 13, 2026, a true and correct copy of the foregoing was served on all registered counsel of record via Notice of Electronic Filing through the Court's CM/ECF system.

*/s/ Triston Chase O'Savio*
Triston Chase O'Savio (VSB No. 100111)