IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Civil Action No. 3:26-cv-545

COMMONWEALTH OF VIRGINIA,

    Defendant.

**ORDER**

On July 14, 2026, the Court received a phone call from Commonwealth Attorney Phillip Blevins seeking clarification on this Court's ORDER OF PRELIMINARY INJUNCTION (ECF No. 30). He stated that the Court enjoined enforcement of Va. Code § 19.2-83.6:1, which is entitled "Duty of law-enforcement officer to render aid upon danger to life of limb; immunity from civil liability." He asked if the Court meant to enjoin Va. Code § 19.2-83.6:2, which is entitled "Prohibition on wearing of facial coverings; penalty." The parties referred in their papers to Va. Code § 19.2-83.6:1, and the Exhibit to the Complaint containing the law to be enjoined (ECF No. 1-1) refers to the Mask/Identity Law as 19.2-83.6:1.

Therefore, it is hereby ORDERED that on July 17, 2026, the parties shall file Statements of Position explaining whether the

1

Court's ORDER at ECF No. 30 correctly refers to the Mask/Identity Law.

It is so ORDERED.

_____/s/_____
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: July 14, 2026

2