**CIVIL PROCEEDINGS — U. S. DISTRICT COURT — EASTERN DISTRICT OF VIRGINIA: RICHMOND DIVISION**

PRESIDING: ROBERT E. PAYNE, SENIOR U.S. DISTRICT JUDGE DOCKET NO. 3:26-cv-545
COURT REPORTER: KRISTA LISCIO DATE: AUGUST 3, 2026

# CIVIL MOTIONS/MISCELLANEOUS MINUTES

Case Style: *THE UNITED STATES OF AMERICA v. THE COMMONWEALTH OF VIRGINIA et al*
Counsel for Plaintiff(s): JONATHAN HAMBRICK, ALEXANDRA SCHULTE
Counsel for Defendants (Commonwealth of VA & Jay Jones): TRISTON O'SAVIO, GRETCHEN NYGAARD, STANLEY HAMMER

**MATTER COMES ON FOR:**

☒ MOTION HEARING: MOTION FOR PRELIMINARY INJUNCTION re: 287(g) ISSUE (ECF NO. 8)
☐ OTHER: ____________________________________

**APPEARANCES:** ☒ BY COUNSEL / ☐ WITH COUNSEL ☐ PRO SE

---

**COURT PROCEEDINGS:**

☐ PLAINTIFF(S) ADDUCED EVIDENCE

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ DEFENDANT(S) ADDUCED EVIDENCE

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ REBUTTAL EVIDENCE ADDUCED
☒ ARGUMENTS OF COUNSEL HEARD
☐ EVIDENCE CONCLUDED
☐ EXHIBITS RETURNED TO COUNSEL

☒ SUPPLEMENTAL BRIEFING REQUIRED ON BOTH ISSUES ON SAME SCHEDULE
PLAINTIFF(S)DEFENDANT(S) FILE BY: AUGUST 7 BY 5PM
PLAINTIFF(S)/DEFENDANT(S) RESPOND BY: AUGUST 11 BY 12PM
PLAINTIFF(S)/DEFENDANT(S) REPLY BY: AUGUST 14 BY 9AM
☐ TRANSCRIPT TO BE ORDERED BY PARTIES; ☐ EXPEDITED

**ADDITIONAL NOTATIONS:**
DEFENDANTS (10:07 A.M. – 11:16 A.M.; 11:34 A.M. – 11:43 A.M.) HEARD, PLAINTIFF (11:44 A.M. – 12:44 P.M.) HEARD; COURT DIRECTING DEFENDANTS BRIEF STATUS OF 287(g) AGREEMENTS & WHICH LOCALITIES HAVE THEM INCLUDING COPIES OF ALL CONTRACTS; COURT DIRECTING PLAINTIFF BRIEF ISSUE OF HOW TERMINATION OBSTRUCTS FEDERAL PURPOSE

**MATTER CONTINUED TO:** AUGUST 20, 2026 AT 1:00 P.M. FOR ORAL ARGUMENTS (CONT'D)

CASE SET: **10:00 A.M.** BEGAN: **10:05 A.M.** ENDED: **2:07 P.M.** TIME IN COURT: **2 HRS. 38 MINS.**

RECESSES: **11:17 A.M. – 11:33 A.M.; 12:46 P.M. – 1:54 P.M.**