IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Civil Action No. 3:26cv545

THE COMMONWEALTH OF VIRGINIA,
et al.,

    Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the DEFENDANTS' MOTION TO STAY ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ENJOINING ATTORNEY GENERAL JONES FROM ENFORCING SB 352 PENDING APPEAL (ECF No. 35) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                          /s/
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: August 5, 2026