**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

UNITED STATES OF AMERICA,

Plaintiff,

v. Civil Action No. 3:26-cv-545

COMMONWEALTH OF VIRGINIA,

Defendant.

**ORDER**

For the reasons set forth on the record on August 3, 2026, this ORDER confirms that by 5:00pm August 7, 2026, Virginia shall file a Statement of Position setting forth (1) the authority under which Virginia localities entered into 287(g) agreements that are at issue in this case in reliance on previously granted legislation enacted by the General Assembly and shall therein explain how Dillon's rule permits modification or termination of agreements made; (2) copies of all 287(g) agreements with Virginia localities; and (3) the status of all those agreements. It is further ORDERED that the United States shall file a response on August 11th, 2026, and Virginia shall file a reply on August 14th at 9:00am.

It is further ORDERED that by 5:00pm August 7, 2026, the United States shall file a Statement of Position setting forth the basis for its argument that states declining to enter 287(g) agreements constitutes obstruction of federal law. It is further

ORDERED that Virginia shall respond on August 11, 2026, and the United States shall reply on August 14, 2026 at 9:00am.

It is further ORDERED that the Court shall resume the hearing on the 287(g) Law on August 20, 2026, at 1:00pm.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 6, 2026