# Exhibit 2

August 4, 2026 Letter from Deputy Attorney General Nygaard

# COMMONWEALTH *of* VIRGINIA

*Office of the Attorney General*

**Jay Jones**
**Attorney General**

**202 North 9th Street**
**Richmond, Virginia 23219**
**804-786-2071**
**FAX 804-786-1991**
**Virginia Relay Services**
**800-828-1120**

August 4, 2026

**BY EMAIL**

Alleghany County Sheriff's Office
kyle.moore@co.alleghany.va.us

Amherst County Sheriff's Office
ljayers@amherstsheriff.org;
ctmyers@amherstsheriff.org

Appomattox County Sheriff's Office
robby.richardson@appomattoxcountyva.gov

Bedford County Sheriff's Office
mmiller@bedfordsheriff.org

Buchanan County Sheriff's Office
allen.boyd@buchanancounty-va.gov

Buckingham County Sheriff's Office
bkidd@buckinghamcounty.virginia.gov;
slogan@buckinghamcounty.virginia.gov

Campbell County Sheriff's Office
wwclark@co.campbell.va.us

Craig County Sheriff's Office
craigsheriff@craigcountyva.gov

Franklin County Sheriff's Office
bill.overton@franklincountyva.gov

Frederick County Sheriff's Office
lmillholland@fcva.us

Gordonsville Department of Public Safety
cvotaw@gordonsville.org;
vbowman@orangecountyva.gov

Grayson County Sheriff's Office
ghash@graysoncountyva.gov

Greene County Sheriff's Office
ssmith@gcvasheriff.us

City of Hopewell Sheriff's Office
tstanley@hopewellva.gov

Loudoun County Sheriff's Office
mike.chapman@loudoun.gov

Mecklenburg County Sheriff's Office
rhawkins@mcsova.us

Page County Sheriff's Office
ccubbage@pagesheriff.com

Pittsylvania County Sheriff's Office
mike.taylor@pittgov.org

Rappahannock, Shenandoah, Warren Regional Jail information@rswregionaljail.com

Richmond County Sheriff's Office
ssmith@co.richmond.va.us

Scott County Sheriff's Office
jedds@scottcountyva.gov

Shenandoah County Sheriff's Office
sheriff@shencosheriff.com

Shenandoah Police Department
rhensley@townofshenandoah.com

Smyth County Sheriff's Office
smythsheriff@smythcounty.org

Southwest Virginia Regional Jail Authority
ralsbrook@swvrja.com

Tazewell County Sheriff's Office
brian.hieatt@tcsova.org

Washington County Sheriff's Office
bandis@washso.org

Wise County Sheriff's Office
sheriff@wiseso.net

**Re: *United States v. Commonwealth of Virginia, et al.*, No. 3:26-cv-545-REP (E.D. Va.) Agreements with U.S. Immigration and Customs Enforcement Pursuant to § 287(g) of the Immigration and Nationality Act**

Dear Sir or Madam:

In the case *United States v. Commonwealth of Virginia,* the United States has brought a challenge to the newly enacted Virginia Code Section 15.2-1726.1 which sets forth mandatory terms any Virginia law enforcement agency must include in a federal immigration enforcement agreement entered into, renewed, or maintained after September 1, 2026.[1] These agreements are commonly referred to as "287(g) Agreements."[2]

On Monday August 3, 2026, U.S. District Judge Robert E. Payne ordered that the Commonwealth share with the Court: (1) a copy of all existing 287(g) agreements with Virginia locality or law enforcement entities; and (2) share with the Court whether any of these agreements have been terminated. The Court has required we share this information by the end of this week as it is currently considering the United States' request to enjoin the enforcement of this provision of the new law, effective September 1, 2026.

Our records show that your Sheriff's Office, Department, or Jail has entered into one or more 287(g) Agreements with U.S. Immigration and Customs Enforcement ("ICE"). Pursuant to the Court's direction, please advise the Office of the Attorney General of the following:

1. Please identify all existing 287(g) Agreements that your Sheriff's Office, Department, or Jail has executed with ICE and for all such agreements, provide a copy of the executed agreement.

---

[1] *See* https://law.lis.virginia.gov/vacode/title15.2/chapter17/section15.2-1726.1/

[2] They are referred to as 287(g) Agreements because Section 287(g) of the federal Immigration and Nationality Act (codified at 8 U.S.C. § 1357(g)) establishes these agreements.

2. If your Sheriff's Office, Department, or Jail has terminated any such 287(g) Agreement with ICE, please identify the Agreement that was terminated, the date on which it was terminated, and provide a copy of the written notice of termination that your Sheriff's Office, Department, or Jail provided to ICE.

Thank you for transmitting your response via email to Assistant Attorney General Stanley Hammer (shammer@oag.state.va.us) on or before 5pm on Wednesday August 5, 2026. We understand the challenge the short time frame on this request presents to your office and greatly appreciate your cooperation. Again, this request is pursuant to the order of the Court and, as stated above, is being considered on an expedited basis.

If you have any additional questions, please contact me at gnygaard@oag.state.va.us or 804-692-0551.

Sincerely,

Gretchen Ellen Nygaard
Deputy Attorney General for Civil Litigation

cc: Stanley Hammer, shammer@oag.state.va.us
Counsel for the United States, Gerard.Mene@usdoj.gov, Alessandra.Fasso@usdoj.gov, Alexandra.Schulte@usdoj.gov