IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

Plaintiff,

v. Civil Action No. 3:26cv545

COMMONWEALTH OF VIRGINIA,
et al.,

Defendants.

**ORDER**

Having been granted leave to do so by the Fourth Circuit (See Case No. 26-1874, Doc. 11), and pursuant to Fed. R. Civ. P. 60(a), it is hereby ORDERED that the ORDER OF PRELIMINARY INJUNCTION (ECF No. 30) and the corresponding MEMORANDUM OPINION (ECF No. 34), are vacated, with a corrected version of both the ORDER OF PRELIMINARY INJUNCTION and MEMORANDUM OPINION to follow this ORDER. The Clerk is directed to send a copy of this ORDER to the Fourth Circuit.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 18, 2026