**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>*Defendants*. | Case No. 3:26-cv-545-REP |

**NOTICE OF COMPLIANCE WITH ORDER TO DISTRIBUTE AUGUST 31, 2026 ORDER TO VIRGINIA COMMONWEALTH ATTORNEYS**

On August 31, 2026, the Court entered its Order of Preliminary Injunction barring enforcement of Virginia Code § 15.2-1726.1 (the "Virginia 287(g) Law") by the Commonwealth, its officers, agents, servants, employees and attorneys, and the Attorney General, except to the extent that the Virginia 287(g) Law prohibits localities or local law enforcement officers from entering into new agreements for the first time. (ECF No. 100.) The Order further provided that a copy of the order shall be distributed to each Commonwealth Attorney.

The Commonwealth hereby provides notice to the Court that a copy of the August 31, 2026 Order, at ECF No. 100, was electronically transmitted to the 120 elected Commonwealth Attorneys in the Commonwealth of Virginia in compliance with the Order.

*Continued on the following page*

Dated: September 1, 2026

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA and ATTORNEY GENERAL JAY JONES**

By: /s/ Gretchen Ellen Nygaard

Gretchen Ellen Nygaard (VSB No. 82475)
*Deputy Attorney General*
Ethan P. Fallon (VSB No. 102491)
*Deputy Solicitor General*
Triston Chase O'Savio (VSB No. 100111)
*Assistant Solicitor General*
Stanley W. Hammer (VSB No. 82181)
*Assistant Attorney General*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 200-4216
Facsimile: (804) 371-2087
gnygaard@oag.state.va.us

Joshua Adam Matz (*pro hac vice*)
Nicolas Yoshi Riley (*pro hac vice*)
Hecker Fink LLP
1050 K Street NW, 10th Floor
Washington, D.C. 20001
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

Madeline Rose Verniero (*pro hac vice*)
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Defendants the Commonwealth of Virginia and Attorney General Jay Jones*

**CERTIFICATE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Gretchen Ellen Nygaard
Deputy Attorney General
*Counsel for Defendants the Commonwealth of Virginia and Attorney General Jay Jones*