Case 3:26-cv-00545-REP Document 104 Filed 09/04/26 Page 1 of 2 PageID# 2802

FILED: September 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1874
(3:26-cv-00545-REP)

---

THE UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THE COMMONWEALTH OF VIRGINIA; JAY JONES, in his official capacity as Attorney General of Virginia

Defendants - Appellants

and

STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia

Defendant

------------------------------

CITIZENS FOR RESPONSIBILTY AND ETHICS IN WASHINGTON

Amicus Supporting Appellant

---

O R D E R

---

Upon consideration of submissions relative to appellants' motion for stay of

Case 3:26-cv-00545-REP Document 104 Filed 09/04/26 Page 2 of 2 PageID# 2803

preliminary injunction pending appeal, the court denies the motion.

Judge Heytens and Judge Benjamin voted to deny the motion. Judge King voted to grant the motion.

For the Court

/s/ Nwamaka Anowi, Clerk