**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE COMMONWEALTH OF VIRGINIA and JAY JONES, in his official capacity as Attorney General of Virginia,<br><br>*Defendants*. | Case Number: 3:26-cv-00545-REP |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants the Commonwealth of Virginia and Jay Jones, in his official capacity as Attorney General of the Commonwealth of Virginia, appeal to the United States Court of Appeals for the Fourth Circuit from the Court's August 31, 2026 Order granting a preliminary injunction as to Va. Code § 15.2-1726.1, ECF No. 100, the related September 3, 2026 Memorandum Opinion, ECF No. 103, and all prior orders. Jurisdiction is proper under 28 U.S.C. § 1292(a)(1). This appeal is timely filed. *See* Fed. R. App. P. 4(a)(1)(B).

Respectfully submitted,

THE COMMONWEALTH OF VIRGINIA
and JAY JONES, in his official capacity as
Attorney General of Virginia

By: /s/ Ethan P. Fallon

ETHAN P. FALLON (VSB No. 102491)
*Deputy Solicitor General*

JAY JONES
*Attorney General*

TRAVIS G. HILL
*Chief Deputy Attorney General*

GRETCHEN E. NYGAARD
*Deputy Attorney General*

STANLEY W. HAMMER
*Assistant Attorney General*

TILLMAN J. BRECKENRIDGE (VSB No. 84657)
*Solicitor General*

R. TRENT TAYLOR (VSB No. 47468)
*Deputy Solicitor General*

TRISTON C. O'SAVIO (VSB No. 100111)
*Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
solicitorgeneral@oag.state.va.us

## CERTIFICATE OF SERVICE

I certify that on September 8, 2026, a true and correct copy of the foregoing Notice of Appeal was served on all registered counsel of record via Notice of Electronic Filing through the Court's CM/ECF system:

Gerard Mene
Assistant United States Attorney
Eastern District of Virginia
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Gerard.Mene@usdoj.gov

Alessandra Faso
Senior Litigation Counsel
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Telephone: 202-451-7728
Alessandra.faso@usdoj.gov

*Counsel for Plaintiff*

By: */s/ Ethan P. Fallon*
Ethan P. Fallon (VSB No. 102491)
*Deputy Solicitor General*