**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

THE UNITED STATES OF AMERICA,

Plaintiff,

v. Civil Action No. 3:26-cv-545

THE COMMONWEALTH OF VIRGINIA,
JAY JONES, in his official capacity as Attorney General of Virginia,

Defendants.

**ORDER**

Having considered the JOINT MOTION TO STAY PROCEEDINGS PENDING APPEALS (ECF No. 115) and MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO STAY PROCEEDINGS PENDING APPEALS (ECF No. 116), and finding that it is in the interest of justice and judicial efficiency so to do, the Motion is GRANTED. All future proceedings shall be stayed pending appeal to the United States Court of Appeals for the Fourth Circuit. Counsel shall inform the Court within five days of that Court's decision in this case. It is further ORDERED that the conference call scheduled for 2:00 PM on September 30, 2026, is cancelled.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 30, 2026